

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

MKM:MCM/NEM
F. #2015R00888

*610 Federal Plaza*
*Central Islip, New York 11722*

January 18, 2017

By Hand and ECF

The Honorable Carol B. Amon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    United States v. Qian Zheng, et al.
               Criminal Docket No. 15-628 (CBA)

Dear Judge Amon:

      The government respectfully submits this letter to request a seven-day adjournment on consent of the parties of the pretrial conference currently scheduled for January 19, 2017 at 10:00 a.m. The parties are engaged in substantial plea negotiations and, therefore, believe that there is a possibility that some or all of the issues that will be discussed during the pretrial conference, including the number of witnesses, various evidentiary issues, and the length of trial, may become moot. The government has conferred with defense counsel, James Kousouros, Esq. and Joyce David, Esq. and the parties are available on Thursday, January 26, 2017 at 11:00 a.m. or 11:30 a.m. for the pretrial conference. If the Court is

unavailable on January 26 as requested, the parties are happy to provide another mutually convenient time that will work with the Court's calendar.

                Respectfully submitted,

                ROBERT L. CAPERS
                United States Attorney

By:   /s/_____
                Maria Cruz Melendez
                Nadia Moore
                Assistant U.S. Attorneys
                (718) 254-6408/6362

Cc:    James Kousouros, Esq. (by ECF)
       Joyce London, Esq. (by ECF)